**PENNSYLVANIA INDEPENDENT OIL & GAS ASSOCIATION, Appellant**

v.

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF ENVIRONMENTAL PROTECTION, Appellee**

**No. 96 MAP 2016**

Supreme Court of Pennsylvania.

DECIDED: June 20, 2017

## ORDER

PER CURIAM

**AND NOW,** this 20th day of June, 2017, the Order of the Commonwealth Court is **AFFIRMED.**